```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
                                :
UNITED STATES OF AMERICA        :
                                :
                                :
        - against -             :   08-mj-1536-UA
                                :
                                :
FELICE MASULLO,                 :
                                :   NOTICE OF APPEARANCE
               Defendant.       :
                                :
--------------------------------X
```

Undersigned counsel hereby notes his appearance on behalf of defendant FELICE MASULLO in the above-captioned matter.

Dated:  New York, New York
        August 14, 2008

> Respectfully submitted,
>
> ___/s/_____
> Diarmuid White
> WHITE & WHITE
> 148 East 78th Street
> New York, NY  10075
> (212) 861-9850
> fax (212) 861-9870
> diarmuid@whiwhi.com